DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
VICTOR HARMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>VICTOR HARMON,<br><br>          Defendant. | NO. CR. S-11-034-LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: March 20, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for VICTOR HARMON, that the status conference/change of plea hearing date of February 28, 2012 be vacated, and the matter be set for status conference/change of plea on March 20, 2012 at 9:15 a.m.

      The reason for this continuance is to allow defense counsel additional time to discuss plea negotiations with the government and that defense counsel will be engaged in trial on February 28, 2012 at 9:00 a.m. on another matter.

      Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 20, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local

Code T4 based upon continuity of counsel and defense preparation.

DATED: February 24, 2012.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender

                                             /s/ Courtney Fein
                                             COURTNEY FEIN
                                             Designated Counsel for Service
                                             Attorney for VICTOR HARMON

DATED: February 24, 2012.                    BENJAMIN WAGNER
                                             United States Attorney

                                             /s/ William Wong
                                             WILLIAM WONG
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 28, 2012, status conference hearing be continued to March 20, 2012 at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the March 20, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 24, 2012

_____
LAWRENCE K. KARLTON
United States District Judge