BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>VICTOR HARMON,<br>        aka Victor Diamond,<br>        aka Diamond Harmon,<br>        aka Morris Harmon,<br><br>        Defendant. | 2:11-CR-00034-LKK<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on May 16, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Victor Harmon forfeiting to the United States the following property:

      a.     One New England Firearm, 12 gauge sawed-off shotgun with a barrel length of less than 16 inches and an overall length of less than 26 inches as defined in Title 26, U.S.C. § 5845(a),

      b.     Two rounds of 12 caliber Remington ammunition, and

      c.     Six rounds of 9mm ammunition, manufactured by RWS (Rheinisch Westfalische Sprengstoff).

AND WHEREAS, beginning on May 26, 2012, for at least 30 consecutive days, the United

States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Victor Harmon.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 7th day of September, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT